UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 07823
   JOSE A RODRIGUEZ
   NIRKA RODRIGUEZ                         CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-9110    SSN XXX-XX-5431
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/04/05 and confirmed on 04/14/05.

   2.  The case was converted to Chapter 7 after confirmation, 05/27/2008.

   3.  The Debtor paid a total of $   4690.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DIABETES SELF CARE INC | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN CARDIATRIC SURGERY | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 1012.16 | .00 | 732.29 |
| ROUNDUP FUNDING LLC | UNSECURED | 552.98 | .00 | 399.88 |
| FOX VALLEY HEMATOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 776.39 | .00 | 561.69 |
| KARIM S VALIKA MD | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST DIAGNOSTIC SER | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST DIAGNOSTIC SER | UNSECURED | NOT FILED | .00 | .00 |
| NW SUBURBAN IMAGING CONS | UNSECURED | NOT FILED | .00 | .00 |
| ORTHOPEDIC & SPINE SURGE | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | 420.00 | .00 | 303.74 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 432.86 | .00 | 313.16 |
| ASPIRE VISA | UNSECURED | 1537.68 | .00 | 1105.10 |
| RONALD CONLAY | UNSECURED | 1500.00 | .00 | 1078.02 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |

------------------------------------------------------------------------
          Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 6232.07 | .00 | 6232.07 |
| PRINCIPAL PAID | .00 | .00 | 4493.88 | .00 | 4493.88 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4493.88 | .00 | 4493.88 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $          .00 and was paid $          .00 .

The Trustee received $     196.12 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 05 B 07823 JOSE A RODRIGUEZ & NIRKA RODRIGUEZ